FILED

JAN 19 2022 cm

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL**    1:22-cr-00033 |
| | ) | JUDGE CHANG/COX |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| PAWAN HANSRANI | ) | Code, Section 1832 |
| | ) | |

The UNITED STATES ATTORNEY alleges:

Between on or about May 2016 and January 2017, at Buffalo Grove, in the Northern District of Illinois, Eastern Division, and elsewhere,

PAWAN HANSRANI,

defendant herein, with the intent to convert a trade secret that is related to a product and service used in and intended for use in interstate and foreign commerce, specifically information relating to Product 1 and Product 2, to the economic benefit of a person other than the trade secret's owner, and knowing and intending that the offense would injure any owner of that trade secret, knowingly did attempt to possess trade secrets knowing them to be stolen, appropriated, and obtained without authorization;

In violation of Title 18, United States Code, Sections 1832(a)(3) and (4).

STEVEN DOLLEAR
Digitally signed by STEVEN DOLLEAR
Date: 2022.01.18 16:34:48 -06'00'

Signed by Steven J. Dollear on behalf of the UNITED STATES ATTORNEY