FILED
1/21/2022 DB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| | ) | Case No. 22 CR 33 |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| | ) | Magistrate Judge Susan E. Cox |
| PAWAN HANSRANI | ) | Violation: Title 18, United States Code, Section 1832(a)(3) |
| | ) | |
| | ) | SUPERSEDING INFORMATION |

The UNITED STATES ATTORNEY alleges:

Between on or about May 2016 and January 2017, at Buffalo Grove, in the Northern District of Illinois, Eastern Division, and elsewhere,

PAWAN HANSRANI,

defendant herein, with the intent to convert a trade secret that was related to a product and service used in and intended for use in interstate and foreign commerce, specifically information relating to Product 1 and Product 2, to the economic benefit of a person other than the trade secret's owner, and knowing and intending that the offense would injure any owner of that trade secret, knowingly did possess trade secrets knowing them to be stolen, appropriated, and obtained without authorization;

In violation of Title 18, United States Code, Section 1832(a)(3).

STEVEN DOLLEAR
Digitally signed by STEVEN DOLLEAR
Date: 2022.01.21 07:03:26 -06'00'

Signed by Steven J. Dollear on behalf of the UNITED STATES ATTORNEY